{ KORN LOVES JENNIFER ANISTON }
{ PAGE NUMBER    TRES   OF   CUATRO PAGES }

#3

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
PREPAYMENTS OF FEES AND AFFIDAVIT.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # MS. RUTH ANN MINNER.
4.- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT
5.- ARE YOU INCARCERATED # YES
6.- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
7.- ARE YOU EMPLOYED THERE # NO
8.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
9.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W. 2ND ST., WILMINGTON DE. 19805, OR AT PEPSICON, 100 NORTH, CLEVELAND AVE., WILMINGTON DE. 19805.
10.- MONTHLY SALARY RECEIVED # $ 16,00 OR 2,000.
11.- LAST DAY EMPLOYED # OCT. OR NOV. OF 2000
12.- LAST PAYMENT OF SALARY RECEIVED # $ 16,00 OR 2,000.
13.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
14.- DID YOU HAVE CASH OR ANY ACCOUNT # NO
15.- DO YOU OWN ANY PROPERTY # NO
16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
17.- I DECLARE UNDER PENALTY OF PERJURY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
18.- DATE # 05/23/2008
19.- SIGNATURE # IVAN MENDEZ

FILED
JUN 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
MOTION TO PROCEED IN FORMA PAUPERIS

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # MS. RUTH ANN MINNER.
4.- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OR COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT.
5.- SIGNATURE # IVAN MENDEZ
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
7.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 05/23/2008
8.- TO # US. DISTRICT COURT
9.- NAME # US. DISTRICT COURT
10.- ADDRESS # 844 NORTH KING STREET, LOCKBOX # 18, WILMINGTON DE. 19801
1b.- WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT 100 THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENNSYLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION.
2.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
3.- DATE # 05/23/2008
4.- SIGNATURE # IVAN MENDEZ

( PLEASE TURN THIS FORM TO PAGE NUMBER FOUR )

{ IVAN CIVERAS CASES DE 2008 }  # 4
{ PAGE NUMBER     CUATRO OF CUATRO PAGES }

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH HUDSON
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE. 19977

DATE # 05/23/2008

FROM # IVAN MENDEZ
INMATE'S SIGNATURE #

453351
S.B.I #

——— I HEREBY CERTIFY ———

I AM REQUESTING A CERTIFIED STATEMENT OF MY ACCOUNT FOR PAST SIX MONTHS PERIOD UNDER 28 USC 1915(A), (2).

IVAN MENDEZ
SIGNATURE #

28 USC 1746 AND 18 USC 1621

(PLEASE TURN THIS PAGE TO THE OTHER SIDE)

# Law Library
# General Request Form

BLDG.# SOHOU #18
CELL# BL-3

| Legal Forms, Rules and/or Information Requested # | Quantity # |
|---|---|
| (42 USC 1983) Civil Rights Complaints Forms. | TEN |
| (28 USC 2254) Habeas Corpus Petitions. | TEN |
| (28 USC 2255) Motion to Vacate, Set Aside, or Correct Sentences. | TEN |
| (148200) Request for Medical Records. | TEN |
| (766-147) U.S. Marshal Forms. | TEN |
| (0976) Motion to Withdraw Guilty Plea. | TEN |
| (3306) Justice of the Peace (Small Claims Forms). | TEN |
| (28 USC 2101) Writ of Certiorari, Which is Jurisdictionally Out of the Time. | TEN |
| (28 USC 1746) Form of a Declaration Form. | TEN |
| (Applications Without Prepayments of Fees Forms). | TEN |
| (Applications in Forma Pauperis). | TEN |
| (Notice of Appeal Form). | TEN |
| (Motion for Leave to File Forms). | TEN |

NAME # IVAN MENDEZ        S.B.I # 453351        DATE # 05/23/2008
DATE RECEIVED # _____        Day to Log # _____
DATE SENT # _____        Staff Initials # _____
STAFF NOTES # _____

(PAGE NUMBER FOUR)