IVAN, THIS IS THE DATE OF 06/23/2008

# 1

{ IRON MAIDEN LOVES SANDRA BULLOCK
{ PAGE NUMBER        UNO OF   CUATRO PAGES }

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

FILED
JUN 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # MS. RUTH ANN MINER.
4.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983
5.- PLAINTIFF # IVAN MENDEZ
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977
7.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
8.- IS THERE A PRISONER GRIEVANCE # YES
9.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
10.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
11.- WHAT WAS THE RESULTS # NEGATIVE NO RESULTS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO.
12.- NAME OF DEFENDANTS # MS. RUTH ANN MINER.
13.- IS EMPLOYED A # GOVERNOR OF THE STATE OF DELAWARE.
14.- ADDRESS # TATNALL BLDG., DOVER DE. 19901, OR AT ITS KINGS HWY, DOVER DE., 19901, OR AT LEGISLATIVE HALL, DOVER DE. 19901, AS YOU KNOW IT TOO ALL ABOUT IT
15.- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER, AS YOU KNOW IT TOO, ALL OF THE STATEMENTS GROUNDS AND FACTS ON ALL OF THE MANY,
(PLEASE TURN THIS FORM TO THE OTHER SIDE)

MANY, MANY, MANY BUT MANY, MANY, MANY, MANY DIFFERENT LEGAL FORMS RAISED AGAINST THE HONORABLE MS. RUTH ANN MINNER, SINCE WHEN I WAS OVER AT S.C.I. IN GEORGETOWN DE., WHERE I HAVE EXPLAINED TO YOU TOO, ALL VERY WELL DETAILED TOO, AND I'M RAISING THIS LEGAL FORM AGAINST THE HONORABLE MS. RUTH ANN MINNER, FOR ALL OF THE DAMAGES, ABUSES AND FOR ALL OF THE EVIL THAT SHE HAD DONE TO ME AND TO MY LOVED ONES SINCE WHEN I WAS OVER AT S.C.I., OVER IN GEORGETOWN DE., AND FOR ALL OF THE INMATES THAT HER ALONG WITH OTHER PARTIES HAVE SEND IT TO KILL ME SINCE WHEN I WAS OVER AT S.C.I. IN GEORGETOWN DE., AS YOU KNOW IT TOO ALL ABOUT IT, ON ALL THE MANY, MANY, MANY, MANY, BUT MANY, MANY DIFFERENT LEGAL FORMS AND LETTERS SEND IT TO YOU TOO SINCE WHEN I WAS OVER AT S.C.I. IN GEORGETOWN DE., SAME AS YOU KNOW IT TOO THAT MY MANDATORY TIME WAS DUE LAST YEAR ON DECEMBER TWENTY THREE OF 2007, "12/23/2007", SAME AS YOU KNOW IT TOO THAT THE WARDEN MR. THOMAS CARROL, AND THE GOD DAMN STAFF DON'T GAVE ME NOTHING OR HELD ME BECAUSE THEY SAID THAT I AM NOTHING BUT AN OLD WHITE RED NECK, EVEN THAT THEY TREAT ME WORST, WORST, WORST BUT THEY REALLY TREAT ME WORST THAN HOW THEY TREAT THE GOOD HEARTED OLD WHITE AMERICAN COWBOYS (ALSO CALLED OLD WHITE RED NECKS BY EVIL PEOPLE AS YOU KNOW IT TOO ALL ABOUT IT), AN EXCEPTION OF COUNTED PEOPLE WHOM HELD ME SOMETIMES, SUCH ARE THE HONORABLES SGT. MR. RAY UNSWORTH, SGT. MR. SEFF, SGT. MR. E. BURTON, AND ONE OR TWO MORE, BUT NOBODY ELSE, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO ALL OF MY MEDICAL NEEDS, SAME AS YOU KNOW IT TOO THAT I AM DISABLED, HURTED, BROKEN, FRACTURED, DISLOCATED AND DAMAGED ON SOME PARTS OF MY BODY, SAME AS YOU KNOW IT TOO THAT I DON'T HAVE TO BE SICK, LIKE ALL THOSE INMATES MENTIONED TO YOU TOO BEFORE WHOM HAVE TO BE RETARDED, SICK, DISABLED, INCOMPETENT, AND HAVE EVERYTHING IN ORDER TO BAIL OUT FROM PRISON, PUT THEIR CASES IN COURT AND GET AWAY WITH THEIR CRIMES, AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO, THAT MOST OF THEM DON'T WANT TO GET OUT BECAUSE THEY TREAT THEM OVER HERE ON PRISONS AND HOSPITALS BETTER THAN ON THEIR OWN HOUSES, WITH TELEVISIONS, RADIOS, NEWSPAPERS, COMMISSARY, EXTRA FOOD, AND

( PLEASE TURN THIS FORM TO PAGE NUMBER TWO )

{ IVAN MENDEZ LOVES FARRA FAWCET }
{ PAGE NUMBER --- DOS OF CUATRO PAGE } #2

OTHERS, AND THE BEST TREATMENT AND CARE AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO ALL OF THEM OVER ON S.C.I. IN GEORGETOWN DE., OVER IN D.P.C. IN NEW CASTLE DE., OVER HERE ON D.C.C. IN SMYRNA DE., AND ▓▓▓ ALL OF THE INMATES SENT IT TO KILL ME, ▓▓▓ ABUSE ME, DAMAGE ME AND TO DO ALL KIND OF EVIL TO ME FROM THE PRISON OF GANDER HILL OVER IN WILMINGTON DE., AND ALL THOSE WHOM ARE ON THIS PRISONS AND HOSPITAL, REMOVED FROM THAT SAME PRISON OF GANDER HILL AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT NOTHING CHANGES OVER HERE NEITHER, AND CAN YOU PLEASE HELP ME AT LEAST WITH SOME OF THE LEGAL FORMS REQUESTED ON THE GENERAL REQUEST FORM, AS YOU KNOW IT TOO WHAT IS GOING ON OVER HERE NOTHING CHANGES, AND ALSO LAST NIGHT, ON 05/22/2008, MAY TWENTY TWO OF 2008, I HAVE SENT MY REQUEST LETTER ALONG WITH TWO (2), 28 USC 1746 FORMS OR A DECLARATION TO THE SUPPORT SERVICES OFFICE REQUESTING MY INMATE ACCOUNT STATEMENT FOR THE PAST SIX MONTHS PERIOD FOR THE LEGAL FORMS, MENDEZ VS. REED, 1:08-CV-243, AND MENDEZ VS. LINDA KEMP, 1:08-CV-244, WHICH I DOUBT THEY WILL GIVE IT TO ME BUT LET'S SEE, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSIBLE.

16.- HOW HAVE YOU BEEN INZURED BY THE ACTION OF THE DEFENDANTS# PHYSICALLY, EMOTIONALLY, VERBALLY, PSYCHOLOGICALLY AND IN MANY OTHER WAYS AS YOU KNOW IT TOO, ALL ABOUT IT.

17.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU# HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION, TOO.

18.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

19.- DATE # 05/23/2008

20.- SIGNATURE # IVAN MENDEZ

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

I/M IVAN MENDEZ
SBI# 453351    UNIT 3bHU6 #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 North King Street
Lockbox #18
Wilmington Delaware
19801