{ ALICE COOPER LOVES AC/DC AND ANNA NICOLE'S SMITH. }
{ PAGE NUMBER ONE #1 OF EIGHTEEN #18 PAGES } #A1

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISONER IN FILLING A
COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

08-363

RECEIVED AUG 15 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

1o- PLAINTIFF # IVAN MENDEZ
2o- CASE NUMBER # 318-2001
3o- DEFENDANTS # MS. RUTH ANN MINNER.
4o- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983.
5o- PLAINTIFF # IVAN MENDEZ
6- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977.
7o- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT 100 THIS INFORMATION WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENSYLVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT 100, SAME AS YOU KNOW IT 100 THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
8o- IS THERE A PRISONER GRIEVANCE # YES
9o- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
10o- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT 100.
11o- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT 100, SAME AS YOU KNOW IT 100 THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS 100, SAME AS YOU KNOW IT 100 THAT THE GRIEVANCE CHAIRPERSONS ARE MEMBERS OF THIS CRIMINAL ORGANIZATION 100, SAME AS YOU KNOW IT 100 THAT THEY TOO HAVE SEND IT PEOPLE TO ACCOMPLISH THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME. FROM GANDER HILL PRISON, FROM S.C.I. PRISON, FROM D.P.C. STATE HOSPITAL, AND FROM OVER HERE AT DELAWARE CORRECTIONAL CENTER 100, AS YOU KNOW IT 100 ALL ABOUT IT.

2o- NAME OF DEFENDANTS # MS. RUTH ANN MINNER AND OTHER PARTIES AS YOU KNOW IT 100 ALL ABOUT IT, (THIS CRIMINAL ORGANIZATION).
3o- EMPLOYED AS A # MS. RUTH ANN MINNER AS A GOVERNOR OF THE STATE OF DELAWARE. AS YOU KNOW IT 100, SAME AS YOU KNOW IT 100 THE JOBS AND POSITIONS OF THE OTHER PARTIES 100.
4o- ADDRESS # MS. RUTH ANN MINNER OVER AT LIEUTENANT GOVERNOR, LEGISLATIVE HALL, DOVER DE., 19901, AND OVER AT LIEUTENANT GOVERNOR'S OFFICE, TATNALL BUILDING, WILLIAM PENN STREET, DOVER DE., 19901, AND OVER AT GOVERNOR'S OFFICE, TATNALL BUILDING, DOVER DE., 19901, AND OVER AT GOVERNOR'S OFFICE, 115 KINGS HWY., DOVER DE., 19901,

{ PLEASE TURN THIS FORM TO THE OTHER SIDE }

IS YOU KNOW IT TOO AND INVOLVED IT SAME AS YOU KNOWN IT TOO ON THE WITNESSES OR ON ALL OF THE OTHER PARTIES TOO.

5.- STATE BRIEFLY THE FACTS OR YOUR CASE # HONORABLE MASTER YOU HAVE SAID ON YO ORDER SEND IT TO ME ON 07/30/2008, THAT I AM NOT IN AN INMINENT DANGER OF SERIOUS PHYSICAL INJURY, THAT I AM COMPLAINT OF DAMAGES SUSTAINED WHILE I WAS OVER AT S.C.I., AND HONORABLE MASTER ARE NOT WHY YOU KEEP BEING SO COLD BLOODED, KNOWING YOU AND YOUR HONORABLE COURT ALL OF THE ABUSES AND DAMAGES AND KNOWING TOO ALL OF THE PEOPLE THAT MS. RUTH ANN MINNER ALONG WITH OTHER PARTIES SEND IT TO KILL ME FROM GANDER HILL PRISON, FROM S.C.I., FROM D.P.C., FROM OVER HERE AT D.C.C., WHILE I WAS OVER AT S.C.I., WHILE I WAS OVER AT D.P.C., AND OVER HERE AT D.C.C., AS YOU AND YOUR HONORABLE COURT KNOWN TOO ALL ABOUT IT, AND MS. RUTH ANN MINNER IS INVOLVRATED TOO ALONG WITH OTHER PARTIES, WITH THE LAST POISON THEY SEND TO KILL ME ON 04/26/2006, MR. SCOTT HAROLD, AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT SHE IS INVOLVRATED ALONG WITH OTHER PARTIES BY SENDING THAT INMATE TO THROW HIS URINE (PEED) AT MYSELF, AS YOU KNOW IT TOO THAT SHE IS INVOLVRATED ALONG WITH OTHER PARTIES WITH THE INMATE WHOM LOOKS LIKE MR. TRAVIS CALDWELL OVER HERE TOO AT SUPER MAXIMUM SECURITY AND ALSO SHE IS INVOLVRATED WITH MR. JHON DOE THE INMATE FROM 06/30/2008, AND ON 08/04/2008, AND THAT INMATE STILL HERE AS YOU KNOW IT TOO, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE IF THEY DON'T KILL ME FIRST.

6.- HOW HAVE YOU BEEN INJURED BY THE ACTIONS OF THE DEFENDANTS # PHYSICALLY, EMOTIONALLY, PSYCHOLOGICALLY, AND IN MANY OTHER WAYS AND ALMOST KILLED, AS YOU KNOW IT TOO ALL ABOUT IT.

7.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION.

8.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT

9.- DATE # 08/13/2008

10.- SIGNATURE # IVAN MENDEZ

P.S. HONORABLE MASTER, I HAVE OBTAINED A TELEVISION ON 08/10/2008, BUT I DON'T WATCH TELEVISION BECAUSE I AM AN L.D.S. MORMON, PERHAPS THAT I DON'T THINK ANYBODY NEED A TELEVISION, RADIO, MAGAZINES OR NEWSPAPERS, OVER HERE ON PRISON, AS YOU KNOW IT TOO ALL ABOUT IT, AND THANK'S TO THE HONORABLE SARGEANT MR. PAUL UNSWORTH WHOM GAVE ME A PEN, TO WRITTE TO YOU.

{ PLEASE TURN THIS FORM TO PAGE NUMBER TWO }