{ BONNIE TYLER LOVES METTALLICA AND JON DENSMORE. }
{ PAGE NUMBER TWO #2    OF EIGHTEEN #18    PAGES } #82

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
MOTION TO PROCEED IN FORMA PAUPERIS.

08-363

1- PLAINTIFF # IVAN MENDEZ
2- CASE NUMBER # 318-2001
3- DEFENDANTS # MS. RUTH ANN MINNER.
4- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUESTS THIS HONORABLE COURT, TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS # FOR A NOTHER CIVIL RIGHTS COMPLAINT.
5- SIGNATURE # IVAN MENDEZ
6- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977.
7- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID AUGUST 13 OF 2008
8- TO # U.S. DISTRICT COURT.
9- NAME # U.S. DISTRICT COURT.
10- ADDRESS # 844 N., KING ST. LOCKBOX #18, WILMINGTON DE., 198
11- WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY ▇▇▇ DIFERENT LEGAL FORMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENSYLV ANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION.
12- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CO RECT.
3- DATE # 08/13/2008
4- SIGNATURE # IVAN MENDEZ

RECEIVED
AUG 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

P.S. HONORABLE MASTER, I HAVE OBTAINED A TELEVISION ON 08/10/2008, AND PLEASE HONORABLE MASTER ▇▇▇ AS YOU KNOW IT TOO THAT I AM NOT AN OLD WHITE AMERICAN COWBOY BETWEEN 45 YEARS AND 54 YEARS OLD, WITH AN OLD WHITE AMERICAN COWBOY'S ACCENT LIKE MR. CLINT EASTWOOD, THE YOUNG GUNS, TOMBSTONE OR MR. JHON WAYNE R.I.P., I AM ONLY 35 YEARS OLD BORN IN THE OLD MEXICO, AND MY ENGLISH IS NOT EVEN GOOD ENOUGH LIKE THE EVIL PEOPLE WHOM CALLED THEMSELVES HILLBILLIES OR FIRECRACKERS, AS EVEN THEIR OWN CALLED THEM WANZOS OR SOMETHING LIKE THAT AS YOU KNOW IT TOO ALL ABOUT IT

{ PLEASE TURN THIS FORM TO THE OTHER SIDE }

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT FOR PRIOR SIX MONTHS PERIOD.

To# MR. JOSEPH HUDSON.
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE, 19977.

DATE# 08/13/2008

From# IVAN MENDEZ
(INMATE NAME #)

453351
S.B.I #

— I HEREBY CERTIFY —

PURSUANT TO 28 USC 1915 (A), (2),
I AM REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDEZ
SIGNATURE #

28 USC 1746 AND 18 USC 1621

{ PLEASE TURN THIS FORM TO PAGE NUMBER THREE }

{ CHARLY SEEN LOVES PAMELA ANDERSON AND SLANDER.
{ PAGE NUMBER THREE #3    OR EIGHTEEN #18    PAGES } #C3

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OR FEES AND AFFIDAVIT.

- PLAINTIFF # IVAN MENDEZ
- CASE NUMBER # 318-2001
- DEFENDANTS # MS. RUTH ANN MINNER.
- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OR THIS COMPLAINT.
- ARE YOU INCARCERATED # YES
- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE, 19977.
- ARE YOU EMPLOYED THERE # NO
- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME 2901 W. 2ND. ST. WILMINGTON DE, 19805, OR AT PETRUCON, TOON, CLEVELAND AVE, WILMINGTON DE, 19805.
- MONTHLY SALARY RECEIVED # $16,00 OR 2,000.
- LAST DAY EMPLOYED # OCT, OR NOV, OR 2000.
- LAST PAYMENT OF SALARY RECEIVED # $16,00 OR 2,000.
- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
- DO YOU HAVE CASH OR ANY ACCOUNT # NO
- DO YOU OWN ANY PROPERTY # NO
- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
- DATE # 08/18/2008
- SIGNATURE # IVAN MENDEZ

.S. PLEASE HONORABLE MASTER CONSIDER THAT I AM DEFECATE MORE BLOOD AND SPIT MORE BLOOD, AND MY DEFECATION IS ALMOST COMPLETELY BLACK COLOR, A CAUSE OF THE INTERNAL BLEEDING AND THIS PAIN IS NASTY ■ AND IS WORST SINCE MR. SCOTT HAROLD ATTEMPTED TO KILL ME ON 04/20/2006, AS YOU KNOW IT TOO ALL ABOUT IT, I AM BLEEDING LIKE ■ WHEN I WAS AT THE HOSPITAL OVER IN OGDEN UTAH AFTER BEING VICTIM OF THAT NASTY HIT AND RUN BACK ON THE YEAR OF 1998, AS YOU KNOW IT TOO ALL ABOUT IT.

{ PLEASE TURN THIS FORM TO THE OTHER SIDE }